NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ANTHONY CLEMENS, ) | No. C 08-02885 JF (PR) |
| ) | |
| Petitioner, ) | ORDER OF TRANSFER |
| vs. ) | |
| ) | |
| D. K. SISTO, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 2006 criminal conviction in the Siskiyou Superior Court. Petitioner has paid the filing fee.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence).

\\\

\\\

Order of Transfer
P:\PRO-SE\SJ.JF\HC.08\Clemens2885_trans.wpd                1

1  Accordingly, this case is TRANSFERRED to the United States District Court for
2 the Eastern District of California, the district where Petitioner's conviction occurred. See
3 28 U.S.C. §§ 1391(b), 1404(a); Habeas L.R. 2254-3(b)(1).  The Clerk shall transfer the
4 entire file to the Eastern District of California.
5  IT IS SO ORDERED.
6 DATED: 10/21/08

 JEREMY FOGEL
 United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JF\HC.08\Clemens2885_trans.wpd

2