IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ANTHONY CLEMENS,

    Petitioner,                 No. CIV S-08-2588 EFB P

    vs.

D.K. SISTO, Warden,

    Respondent.               <u>ORDER</u>

_____/

    Petitioner is a state prisoner proceeding without counsel in an action brought under 28 U.S.C. § 2254. Respondent has requested an extension of time to file an answer to petitioner's petition for writ of habeas corpus. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's March 5, 2009, request is granted and respondent's answer filed March 5, 2009 is deemed timely filed.

DATED: March 11, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE