IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ANTHONY CLEMENS,

    Petitioner,                 No. CIV S-08-2588 EFB P

    vs.

D.K. SISTO, Warden,

    Respondent.              <u>ORDER</u>

                                          /

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 23, 2009, petitioner requested an extension of time to file and serve a traverse. *See* Fed. R. Civ. P. 6(b).

        Good cause appearing, it is ORDERED that petitioner's March 23, 2009, request is granted and petitioner has 30 days from the date this order is served to file and serve a traverse.

DATED: April 1, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE