1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN ANTHONY CLEMENS,

11              Petitioner,                No. 2:08-cv-2588 KJN P

12        vs.

13   SISTO,

14              Respondent.               <u>ORDER</u>

15   _____/

16          Petitioner is a state prisoner proceeding without counsel in this habeas corpus

17   action filed June 9, 2008, pursuant to 28 U.S.C. § 2254.  This action was reassigned to the

18   undersigned on February 9, 2010.[1]  The petition is fully briefed on two claims challenging

19   petitioner's conviction—respondent filed an answer on March 5, 2009; petitioner filed his

20   traverse on April 8, 2009.  Respondent agrees that the two claims presented in the petition are

21   fully exhausted.

22          On June 28, 2010, petitioner filed a motion for leave to amend his petition.  (Dkt.

23   No. 30.)  The motion follows the June 15, 2010 order of the Ninth Circuit Court of Appeals

24   denying petitioner's "application for authorization to file a second or successive [petition] in the

25   _____

26          [1]  This action is referred to a United States Magistrate Judge pursuant to 28 U.S.C.
     § 636(b)(1)(B), Local General Order No. 262, and E.D. Cal. L.R. ("Local Rule") 302.

                                        1

district court without prejudice to seeking leave to amend the habeas corpus petition currently

pending before the district court. . . ." <u>Clemens v. Swarthout,</u> Case No. 10-71346 (set forth at

Dkt. No. 30, p. 2). Petitioner has also attached copies of six orders by the California Supreme

Court denying petitioner's various applications for a writ of habeas corpus or requests for review;

most post-date the filing of the petition pending in this court. The court's review of these orders,

petitioner's brief and his other supporting documents fails to identify the issues petitioner asserts

he has now exhausted or, therefore, the claims that petitioner now seeks to add to the petition

currently pending in this court. Moreover, the court finds petitioner's recitation of these claims

confounding. The court will therefore seek additional briefing before addressing petitioner's

motion for leave to amend his petition.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Respondent shall, within twenty-one (21) days after service of this order,

respond to petitioner's motion filed June 28, 2010; and

      2. Petitioner may, but need not, file a reply within fourteen (14) days after service

of respondent's response; should petitioner reply, such reply shall not exceed five (5) pages in

length.

      SO ORDERED.

DATED: October 19, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

clem2588.fb

2