IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ANTHONY CLEMENS,

    Petitioner,                    No. 2:08-cv-2588 KJN P

    vs.

JIM MacDONALD,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner's application for a writ of habeas corpus was denied on March 30, 2011, and judgment entered, closing this case.  This action was decided by the undersigned magistrate judge pursuant to the consent of the parties.  <u>See</u> 28 U.S.C. § 636(c), and Local Rule 305(a).  Petitioner has subsequently filed, in one document, objections, a request for reconsideration, and a request for a certificate of appealability.  (Dkt. No. 51.)  None of these matters are authorized by the Federal Rules of Civil Procedure or the Local Rules.  Accordingly, due to the closure of this case, petitioner's current filing will be disregarded, and no orders will issue in response to any future filings.

DATED: April 21, 2011

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

clem2588.158